FILED
CHARLOTTE, NC

APR 15 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**STEVEN TYLER PHILBECK,**<br>**Defendant** | **DOCKET NO. 5:25-CR-010**<br><br>**<u>SUPERSEDING BILL OF INDICTMENT</u>**<br><br>**Violation: 18 U.S.C. § 922(g)(1)**<br>**21 U.S.C. § 841(a)(1)**<br>**18 U.S.C. § 924(c)** |

**THE GRAND JURY CHARGES:**

**<u>COUNT ONE</u>**
*(Distribution of Methamphetamine)*

On or about February 26, 2025, in Catawba County, within the Western District of North Carolina, the defendant,

**STEVEN TYLER PHILBECK,**

did knowingly and intentionally distribute fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

**<u>COUNT TWO</u>**
(*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*)

On or about February 26, 2025, within the Western District of North Carolina, the defendant,

**STEVEN TYLER PHILBECK,**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, Distribution of a Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count One of this Bill of Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**<u>COUNT THREE</u>**
*(Possession of a Firearm by a Convicted Felon)*

On or about February 26, 2025, in Catawba County, within the Western District of North Carolina, the defendant,

**STEVEN TYLER PHILBECK,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess at least one firearm, to wit: a Glock 19 Gen4, 9mm handgun, in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;
b. All property used or intended to be used in any manner or part to commit or facilitate such violations;
c. All firearms or ammunition involved or used in such violations; and
d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause that the following property is subject to forfeiture on the grounds noted above:

(a) A Glock 19 Gen4, 9mm handgun, seized February 26, 2025, in the course of the investigation.
(b) Assorted ammunition seized February 26, 2025, in the course of the investigation.
(c) Currency in the amount of $9,350 seized February 26, 2025, in the course of the investigation.

A TRUE BILL

[redacted]

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY