# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | **5:25-CR-00010-SCR** |
| STEVEN TYLER PHILBECK, | |
| Defendant. | |

Steven T. Philbeck, by and through his counsel of record, Assistant Federal Public Defender John Parke Davis, hereby moves this honorable Court to continue his sentencing date currently set for July 7, 2026. In support of this motion, Mr. Philbeck shows the Court as follows:

1) The government does not oppose this motion.

2) On July 2, 2025, Mr. Philbeck entered a guilty plea to one count of Possession With Intent to Distribute Methamphetamine. [Doc. 23]. He currently faces a mandatory minimum sentence of ten years. Mr. Philbeck's Revised Final Presentence Report was issued on December 17, 2025.

3) Following the issuance of Mr. Philbeck's Final Presentence Report, Mr. Philbeck's then-counsel determined that a clinical psychiatric evaluation of Mr. Philbeck was necessary and appropriate for the Court's consideration in weighing the factors under 18 U.S.C. § 3553(a).

1

4) Though contracted significantly earlier, due to Mr. Philbeck's physical location, Mr. Philbeck had to be returned to the Western District of North Carolina from a facility out of state for the evaluation. Due to logistical difficulties and the availability of the retained expert, the resulting evaluation did not occur until the first week of May, 2026.

5) Undersigned counsel was appointed as second-chair counsel on April 14, 2026, and became lead counsel on May 7, 2026.

6) On May 21, 2026, the Court scheduled sentencing in this matter for July 7, 2026, at 10:00AM. Upon receiving notice of the hearing, undersigned counsel immediately consulted the defense's expert to determine if it would be reasonably feasible to produce both a draft report and a useable final report in a sufficiently short period of time to permit finalization and for its findings to be shared with the government and the Court more than seven days ahead of sentencing. Due to other commitments and the drafting process, the defense's expert requires additional time to complete the report.

7) Because of the importance of this information to the factors in § 3553(a), Mr. Philbeck therefore respectfully requests additional time before sentencing.

8) Undersigned counsel anticipates that the case will be ready for sentencing in August, 2026. Undersigned counsel notes, however, that he is unavailable due to prescheduled leave on the week of August 17-21, which is this Court's currently scheduled sentencing dates for August. As such, Mr. Philbeck respectfully requests the Court reset the case for its September, 2026 term, unless and except to the extent additional sentencing

2

dates become available in August.

**WHEREFORE**, Steven T. Philbeck respectfully requests the Court continue his sentencing currently set for July 7, 2026, until the next available sentencing setting, excluding the week of August 17-21, 2026.

Respectfully submitted:

s/ John Parke Davis
John Parke Davis
N.C. Bar No. 34427
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 Fax
jp_davis@fd.org
*Attorney for Bernard Smith*

DATE: May 26, 2026

Case 5:25-cr-00010-SCR-UMJ    Document 35    Filed 05/26/26    Page 3 of 3